PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, ET AL., | CASE NO. 2:22-CV-01841-WBS-CKD |
| Plaintiffs, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| ANTONY J. BLINKEN, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiffs does not oppose. This case concerns Plaintiff Jane Doe's visa application, which has been in "administrative processing" following her consular interview on November 18, 2019. The undersigned is working with the U.S. Department of State to resolve the administrative processing, which is expected to render this lawsuit moot.

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is February 21, 2023. The parties further request that all other filings deadlines be similarly extended, and the initial scheduling conference, currently set for January 30, 2023, be vacated and reset.

///

///

1

Respectfully submitted,

Dated: January 9, 2023
          PHILLIP A. TALBERT
          United States Attorney

By: /s/ ELLIOT C. WONG
    ELLIOT C. WONG
    Assistant United States Attorney

/s/ CURTIS LEE MORRISON
CURTIS LEE MORRISON
Counsel for Plaintiff

ORDER

IT IS SO ORDERED:

The new date for Defendants to file an answer or other dispositive pleading is February 21, 2023.  The Scheduling Conference currently set for January 30, 2023 is reset for **April 10, 2023 at 1:30 p.m.**  A joint status report shall be filed no later than **March 27, 2023** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed October 18, 2022 (Docket No. 5).

Dated: January 10, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE