PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, ET AL.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANTONY J. BLINKEN, ET AL.,<br><br>　　　　　　　Defendants. | CASE NO. 2:22-CV-01841-WBS-CKD<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |

　　　The Defendants respectfully request a second extension of time in which to respond to the complaint, and counsel for Plaintiffs does not oppose. This case concerns Plaintiff Jane Doe's visa application, which has been in "administrative processing" following her consular interview on November 18, 2019. The U.S. Department of State has now resolved the administrative processing and will shortly be requesting a new medical from the applicant. Upon the completion of the new medical, the parties anticipate that the Department of State will soon be able to complete adjudication of Plaintiff's visa, which will render this matter moot.

　　　The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is April 24, 2023. The parties further request that all other filings deadlines be similarly extended, and the initial scheduling conference, currently set for April 10, 2023, be vacated and reset.

1

Respectfully submitted,

Dated: February 15, 2023            PHILLIP A. TALBERT
                                    United States Attorney

                            By:  /s/ ELLIOT C. WONG
                                    ELLIOT C. WONG
                                    Assistant United States Attorney


                                /s/ CURTIS LEE MORRISON
                                CURTIS LEE MORRISON
                                Counsel for Plaintiff


ORDER

IT IS SO ORDERED:

The new date for Defendants to file an answer or other dispositive pleading is April 24, 2023.  The Scheduling Conference, currently set for April 10, 2023, is continued to **June 20, 2023 at 1:30 p.m.**  A joint status report shall be filed no later than **June 6, 2023** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed October 18, 2022 (Docket No. 5).

Dated: February 16, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2